**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7265**

---

PETER X. CUNNINGHAM,

Plaintiff - Appellant,

versus

C. E. THOMPSON; C. HESTER, Assistant Warden;
S. L. BATTS, Assistant Warden; S. R. WHITTEN,
Grievance Coordinator; DOCTOR SHELTON; DOCTOR
WRAY; NURSE BLAKELY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Chief
District Judge.  (CA-94-1042)

---

Submitted:  January 18, 1996        Decided:  February 1, 1996

---

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Peter X. Cunningham, Appellant Pro Se.  Susan Campbell Alexander,
Assistant Attorney General, Richmond, Virginia; Sandra Morris
Holleran, MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., Richmond,
Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Cunningham v. Thompson</u>, No. CA-94-1042 (E.D. Va. Aug. 1, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2